UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANNA A. MILLER
Trial Attorney, Tax Division
P.O. Box 227
Washington, DC 20044
Tel. (202) 514-6068
Fax. (202) 514-6866
Anna.A.Miller@usdoj.gov
Counsel for the United States of America

In Re:

PETER A. POLIJCZUK

Case No.: 23-19372
Adv. No.: N/A
Chapter: 13
Hearing Date: April 2, 2024
Judge: J. N. Poslusny, Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Anna A. Miller,
   ☒ am the attorney for: the Internal Revenue Service
   ☐ am self-represented

   Phone number: 202-257-7595

   Email address: Anna.A.Miller@usdoj.gov

2. I request an adjournment of the following hearing:

   Matter: Hearing on Debtor's Motion to Modify Claim

   Current hearing date and time: 11:00 am, April 2, 2024

   New date requested: April 9, 2024

   Reason for adjournment request: Counsel for the IRS became involved in this case only recently and has a scheduling conflict the morning of April 2.

3.    I request an adjournment of confirmation:

      Current confirmation date and time: _____

      New date requested: _____

      Reason for adjournment request: _____

      _____

      Confirmation has been adjourned _____ previous times

      Trustee payments are current through _____

      The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.    Consent to adjournment:

      ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below): Counsel for the IRS has obtained the consent of debtor's counsel. The debtor is the only interested party for the purposes of this motion.

I certify under penalty of perjury that the foregoing is true.

Date: 03/26/2024                                         /s/ Anna Miller
                                                                          Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 4/9/2024 at 11:00am           ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____           ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*