UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KASEN & KASEN, P.C.
David A. Kasen, Esq. (NJ Bar No. 262881970)
Society Hill Office Park, Suite 3
1874 E. Marlton Pike
Cherry Hill, New Jersey 08003
Telephone: (856) 424-4144
Facsimile: (856) 424-7565
E-Mail: dkasen@kasenlaw.com
Counsel to Debtor

In Re:

PETER A. POLIJCZUK

Case No.: 23-19372

Adv. No.: _____

Chapter: 13

Hearing Date: 9/17/24 at 11:00 am

Judge: Poslusny

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __David A. Kasen__,
   ☒ am the attorney for: __Peter A. Polijczuk__
   ☐ am self-represented

   Phone number: _____

   Email address: _____

2. I request an adjournment of the following hearing:

   Matter: __Hearing on Debtor's Motion to Modify Claim__

   Current hearing date and time: __September 17, 2024 at 11:00__

   New date requested: __October 15, 2024__

   Reason for adjournment request: __To work out the correct amount due to the IRS which is the subject of the motion to modify claim__

3.    I request an adjournment of confirmation:

      Current confirmation date and time: _____

      New date requested: _____

      Reason for adjournment request: _____

      _____

      Confirmation has been adjourned _____ previous times

      Trustee payments are current through _____

      The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.    Consent to adjournment:

      ☐ I have the consent of all parties.   ☒ I do not have the consent of all parties (explain below): I am waiting consent from Anna Miller, the attorney for the IRS. We have been trying to resolve the amount due under the proof of claim consensually.

I certify under penalty of perjury that the foregoing is true.

Date: September 11, 2024            /s/ David A. Kasen
                                                          Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☐ Granted          New hearing date: _____        ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____        ☐ Peremptory

☒ Denied - Previous adjournment request was peremptory.

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*