Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−19372−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter A Polijczuk
   720 Erial Rd
   Blackwood, NJ 08012

Social Security No.:
   xxx−xx−7555

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/7/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 7, 2024
JAN: as

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-19372-JNP

Peter A Polijczuk  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3

Date Rcvd: Nov 07, 2024      Form ID: 148      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter A Polijczuk, 720 Erial Rd, Blackwood, NJ 08012-3973 |
| aty | + | Courtney R. Shed, 95 Mount Bethel Road, Suite 3, Warren, NJ 07059-5169 |
| cr | + | New Jersey Division of Taxation, R.J. Hughes Justice Complex, 25 Market Street, P.O. Box 106, Trenton, NJ 08625-0106 |
| 520060450 | + | Cabellas, P.O. Box 2004, Warren, MI 48090-2004 |
| 520060451 | + | Capital One Sparks, P.O. Box 2004, Warren, MI 48090-2004 |
| 520060454 | | Discover, P.O. Box 1784, Charlotte, NC 28272 |
| 520060456 | + | Merrick Bank, 330 South Warminster Rd, Hatboro, PA 19040-3404 |
| 520080097 | | NJ Dept. of Labor, Div. Employer Accounts, PO Box 379, Trenton, NJ 08611-379 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 07 2024 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 07 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520120222 | + | Email/Text: bankruptcy@cavps.com | Nov 07 2024 20:50:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520060453 | + | EDI: COMCASTCBLCENT | Nov 08 2024 01:33:00 | Comcast, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 520246744 | | Email/Text: cashiering-administrationservices@flagstar.com | Nov 07 2024 20:50:00 | FLAGSTAR BANK, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520246745 | | Email/Text: cashiering-administrationservices@flagstar.com | Nov 07 2024 20:50:00 | FLAGSTAR BANK, N.A., 5151 Corporate Drive, Troy, MI 48098-2639, FLAGSTAR BANK, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520163124 | | EDI: IRS.COM | Nov 08 2024 01:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520117476 | | EDI: JEFFERSONCAP.COM | Nov 08 2024 01:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520060452 | | EDI: JPMORGANCHASE | Nov 08 2024 01:33:00 | Chase Card Service, P.O. Box 6294, Carol Stream, IL 60197 |
| 520060455 | + | EDI: JEFFERSONCAP.COM | Nov 08 2024 01:33:00 | Jefferson Capital System, Recovery Agent for Verizon, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520101520 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 07 2024 20:52:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520101513 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 07 2024 21:05:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520060458 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2024 20:50:00 | Midland Credit Management, Recovery Agent for Capital One, 320 East Big Beaver Rd, Troy, MI 48083-1271 |
| 520060457 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2024 20:50:00 | Midland Credit Management, Recovery Agent for Home Depot, 320 East Big Beaver Rd., Troy, MI 48083-1271 |
| 520060460 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 07 2024 20:49:00 | Mr. Cooper, PO Box 818060, 5801 Postal Road, Cleveland, OH 44181-2184 |
| 520122987 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 07 2024 20:49:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520067901 | ^ | MEBN | Nov 07 2024 20:43:45 | Nationstar Mortgage LLC, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 520060461 | | EDI: PRA.COM | Nov 08 2024 01:33:00 | Portfolio Recovery Assoc,, Recovery Agent for Amazon Synchrony Bank, P.O. Box 12914, Norfolk, VA 23541 |
| 520060462 | | EDI: PRA.COM | Nov 08 2024 01:33:00 | Portfolio Recovery Assoc., Recovery Agent for CitiBank, P.O. Box 12914, Norfolk, VA 23541 |
| 520121777 | | EDI: PRA.COM | Nov 08 2024 01:33:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 520121824 | | EDI: PRA.COM | Nov 08 2024 01:33:00 | Portfolio Recovery Associates, LLC, c/o Citibank, N.a., POB 41067, Norfolk VA 23541 |
| 520187001 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 07 2024 20:48:00 | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 520105115 | | Email/Text: bankruptcy@springoakscapital.com | Nov 07 2024 20:48:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520060459 | *+ | Midland Credit Management, Recovery Agent for Capital One, 320 East Big Beaver Rd., Troy, MI 48083-1271 |
| 520162421 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, NATIONSTAR MORTGAGE, LLC, PO BOX 619096, DALLAS, TX 75261-9741 |
| aty | ##+ | Douglas McDonough, Frenkel Lambert Weiss Weisman & Gordon, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 520060463 | ##+ | Tiffany Polijczuk, 231 Loring Ct, Sewell, NJ 08080-3005 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Nov 07, 2024 | Form ID: 148 | Total Noticed: 31

Date: Nov 09, 2024            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Andrew B Finberg
on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
jdesantis@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Anna Miller
on behalf of Creditor Internal Revenue Service anna.a.miller@usdoj.gov Eastern.Taxcivil@usdoj.gov;ari.d.kunofsky@usdoj.gov

Courtney R. Shed
on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com ecfnotices@grosspolowy.com

David A. Kasen
on behalf of Debtor Peter A Polijczuk dkasen@kasenlaw.com

Denise E. Carlon
on behalf of Creditor FLAGSTAR BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
on behalf of Creditor Nationstar Mortgage LLC dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

R. A. Lebron
on behalf of Creditor Nationstar Mortgage LLC bankruptcy@fskslaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Valerie A. Hamilton
on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov

TOTAL: 10