UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Andrew B. Finberg, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

Order Filed on December 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PETER A. POLIJCZUK
              **Debtor**

Chapter 13

Case No.: 23-19372

Hearing Date: 12/10/24 at 11:00 am

Judge: Poslusny

**CONSENT ORDER TO RETURN FUNDS PAID INTO CHAPTER 13 TRUSTEE AFTER DISMISSAL, PRIOR TO CONFIRMATION**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 12, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having been opened by the Court by David A. Kasen, Esquire, of Kasen & Kasen, P.C., attorneys for the above-captioned debtor, pursuant to a *Motion to Return Funds Paid Into the Chapter 13 Trustee After Dismissal, Prior to Confirmation* (the "**Motion**"), and the Court having considered the pleadings and arguments of counsel, and for good cause shown;

IT IS HEREBY ORDERED that the chapter 13 trustee is to return $20,823.60 which constitutes the payments made under the plan in the amount of $23,100.00 minus the funds paid to the trustee which are his statutory commission and fees of $2,276.40; and

IT IS FURTHER ORDERED that the funds should be returned to Tiffany Polijczuk and sent to her attorney David E. Kasen, Esq. at Kasen & Kasen, 1874 E. Marlton Pike, Suite 3, Cherry Hill, NJ 08003 within two (2) weeks of the date of the execution of this consent order.

The undersigned hereby consent to the form and entry of the within order.

| | |
|---|---|
| /s/ David A. Kasen | 12/10/2024 |
| Kasen & Kasen, attorneys for Debtor, Peter A. Polijczuk, and Tiffany Polijczuk, individually, by David A. Kasen, Esq. | Date |
| Andrew B. Finberg, Chapter 13 Standing Trustee, by William H. Clunn, III, Esq., Staff Attorney | 12/9/2024  Date |