UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Andrew B. Finberg, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

Order Filed on December 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PETER A. POLIJCZUK
            Debtor

Chapter 13

Case No.: 23-19372

Hearing Date: 12/10/24 at 11:00 am

Judge: Poslusny

**CONSENT ORDER TO RETURN FUNDS PAID INTO CHAPTER 13 TRUSTEE AFTER DISMISSAL, PRIOR TO CONFIRMATION**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED.**

**DATED: December 12, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having been opened by the Court by David A. Kasen, Esquire, of Kasen & Kasen, P.C., attorneys for the above-captioned debtor, pursuant to a *Motion to Return Funds Paid Into the Chapter 13 Trustee After Dismissal, Prior to Confirmation* (the "**Motion**"), and the Court having considered the pleadings and arguments of counsel, and for good cause shown;

IT IS HEREBY ORDERED that the chapter 13 trustee is to return $20,823.60 which constitutes the payments made under the plan in the amount of $23,100.00 minus the funds paid to the trustee which are his statutory commission and fees of $2,276.40; and

IT IS FURTHER ORDERED that the funds should be returned to Tiffany Polijczuk and sent to her attorney David E. Kasen, Esq. at Kasen & Kasen, 1874 E. Marlton Pike, Suite 3, Cherry Hill, NJ 08003 within two (2) weeks of the date of the execution of this consent order.

The undersigned hereby consent to the form and entry of the within order.

/s/ David A. Kasen                                    12/10/2024
Kasen & Kasen, attorneys for Debtor,        Date
Peter A. Polijczuk, and Tiffany
Polijczuk, individually,
by David A. Kasen, Esq.

[signature]                                              12/9/2024
Andrew B. Finberg, Chapter 13              Date
Standing Trustee,
by William H. Clunn, III, Esq.,
Staff Attorney

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                       Case No. 23-19372-JNP
Peter A Polijczuk                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                  User: admin                  Page 1 of 2
Date Rcvd: Dec 12, 2024          Form ID: pdf903           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

**Recip ID          Recipient Name and Address**
db               + Peter A Polijczuk, 720 Erial Rd, Blackwood, NJ 08012-3973

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024                  Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:

**Name**                 **Email Address**

Andrew B Finberg
                on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
                jdesantis@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Anna Miller
                on behalf of Creditor Internal Revenue Service anna.a.miller@usdoj.gov Eastern.Taxcivil@usdoj.gov;ari.d.kunofsky@usdoj.gov

Courtney R. Shed
                on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com ecfnotices@grosspolowy.com

David A. Kasen
                on behalf of Debtor Peter A Polijczuk dkasen@kasenlaw.com

Denise E. Carlon
                on behalf of Creditor FLAGSTAR BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 12, 2024 | Form ID: pdf903 | Total Noticed: 1

Douglas J. McDonough
 on behalf of Creditor Nationstar Mortgage  LLC dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

R. A. Lebron
 on behalf of Creditor Nationstar Mortgage LLC bankruptcy@fskslaw.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

Valerie A. Hamilton
 on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov

William H. Clunn, III
 on behalf of Trustee Andrew B Finberg wclunn@standingtrustee.com

TOTAL: 11